**4**

**Arthur Y. DALZIEL, as Trustee, etc., Plaintiff-Appellee, v. PACIFIC BANK, Defendant-Appellant.**

(Circuit Court of Appeals, Second Circuit. May 6, 1926.)

No. 329.

Appeal from the District Court of the United States for the Southern District of New York

Blumenstiel & Blumenstiel, of New York City (A. Blumenstiel, of New York City, of counsel), for appellant.

David Haar, of New York City, for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM.    Affirmed in open court.